CHARLES NAIRN *et al.*, Plaintiffs-Counterdefendants-Appellants and Cross-Appellees, *v.* GEORGE L. STEMMLER *et al.*, Defendants-Appellees —(JOSEPH FUHLER *et al.*, Defendants-Counterplaintiffs Appellees and Cross-Appellants.)

(No. 12157;

Fourth District—March 28, 1974.

*Rehearing denied April 22, 1974.*

Opinion by Mr. JUSTICE CRAVEN.

William M. Cox, of Cox and Bassett, of Wood River, and Hugh A. Strickland, of McDonald & Strickland, of Carrollton, for appellants.

Hoagland, Maucker, Bernard & Almeter, and Robert E. Ryan, both of Alton, for appellee.